UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCOTT MARLETT,<br><br>Plaintiff,<br><br>v.<br><br>KELLY HARRINGTON, et al.,<br><br>Defendants. | CASE NO. 1:15-cv-01382-MJS (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE (ECF NO. 8); AND**<br><br>**DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the undersigned's jurisdiction. (ECF No. 7.)

On November 4, 2015, Plaintiff's complaint was screened and dismissed for failure to state a claim. Plaintiff was directed to file an amended complaint on or before November 15, 2015. To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. On December 2, 2015, Plaintiff was directed to show cause why this action should not be dismissed for failure to obey a court order and failure to prosecute. (ECF No. 8.) Plaintiff has again failed to respond.

Accordingly, IT IS HEREBY ORDERED that:

1.   The December 2, 2015, Order to Show Cause (ECF No. 8) is VACATED;

2.   This action is DISMISSED without prejudice; and

3.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 18, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE